520

Ames, Cochran, Ames & Monnet, for plaintiff in error.

J. Berry King, Atty. Gen., for defendants in error.

Jas. A. Veasey, L. G. Owen, and Forrest M. Darrough, for plaintiff in error.

J. Berry King, Atty. Gen., for defendants in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization et al., cause No. 24271, this day decided (170 Okla. 517, 41 P. [2d] 453), having disposed of this matter, the appeal is dismissed.

### STANOLIND CRUDE OIL PURCHASING CO. v. STATE BOARD OF EQUALIZATION et al.

No. 24342.    Feb. 12, 1935.

Clay Tallman, Guy H. Woodward, and O. C. Cash, for plaintiffs in error.

J. Berry King, Atty. Gen., for defendants in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization et al., cause No. 24271, this day decided (170 Okla. 517, 41 P. [2d] 453), having disposed of this matter, the appeal is dismissed.

### CARTER OIL CO. v. STATE BOARD OF EQUALIZATION et al.

No. 24372.    Feb. 12, 1935.